UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LARRY GOODALL,<br><br>　　　　Defendant. | 2:10-CR-00401-PMP-PAL<br><br>**ORDER** |

On this date, the Court received the attached letter from Defendant Larry Goodall. This letter is self-explanatory. Counsel shall file any motions as they deem necessary on or before **July 28, 2011**.

DATED: July 11, 2011.

_____
PHILIP M. PRO
United States District Judge

Dear Judge Pro

RECEIVED CHAMBERS OF
JUL 11 2011
PHILIP M. PRO
U.S DISTRICT JUDGE

I hope that my letter find you in good health and in an understanding mood, I wish I could tell you that things are fine with me, But I can't, As a matter a fact, I'm very confused about the situation I'm in, and I feel that my only chance of getting myself out of this schame that I've been mislead in, I feel that I should at least allow you the knowledge and the know abouts of whats went on with me, and what I would like to ask you to do for me. I first want to let you know that my knowledge to the way the Federal law works is a very distinction to me, which means that I know nothing about it at all, and by me not being aware of it, I feel that I was scared into making the wrong decision on my plea agreement. There was a great deal of things that was said to me by my lawyer that made me feel that if I didn't do what the Feds say, I would most likely spend my life in prison, or a very big part of it, and to add to it was the Racial statements of it all, about me being black and the young lady white, now I know you may not care to here that since most black people always use it as an excuse, But I was told this by a white person who happen to be Representing me. Your Honor, I'm not trying to cause a problem for no one, but I Realize that I have been tricked into making a deal that I should have never been offered. Now I take full Responsibility for knowing the young lady which I'm being accused of But I was lead to believe

(2) that the lady was under the age of 20 year old, not only by her but by other people as well, I also can have witnesses to account for that. Judge, I also found out that if I went all the way with a Jury I could only get 10 years. The ten year consequence to me is no worse than the 8 years I was fooled into singing too. I'm not guilty of what I am accused of your Honor, and I truly believe that if I had a Lawyer to work for me instead of getting or scaring me into taking a deal to get me out the way, I believe I can win this case altogether Judge, Not only am I comparing my case to others, I also know in my soul that I'm Innocent, I'm sure I can present evidence to you and a Jury that will prove that I'm not guilty, I was afraid and I was intimidated, I know that the person I'm being accused of wrong doing credibility will not prove me wrong, I have asked my lawyer to get my plea taken back way before I decided to write to you, but some how I don't feel she brought it to your attention, so I would like for it to go on Record that I want to have another lawyer, and I want to take back my plea of guiltiness, and I pray that you will accommodate me and let me or allow me the chance to prove that I am Innocent, I realize that this of short notice to you, but I give you my word I told my lawyer to let you know all of this, Please consider my request and vacate my guilty plea, and allow me to go to trial,
Respectfully yours,

P.S. Judge, I promise you I would have been attempted this murder to have attention, but I was my lawyer had, I am not going of this, and want to prove it, thank you again for having not rushed my trial, and

Larry Goodall
2140 E Mesquite Rd
Pahrump NV 89060

3230504/B

INDIGENT

Philip M. Pro
U.S.D. Judge
333 Las Vegas Blvd.
Las Vegas NV 89101