# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00401-PMP-PAL |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| LARRY GOODALL, ) | |
| Defendant. ) | |

On December 6, 2011, Appellate Commissioner Peter Shaw entered an Order on behalf of the United States Court of Appeals for the Ninth Circuit remanding Defendant/Appellant Goodall's Notice of Appeal to this Court for the limited purpose of permitting the District Court to provide Goodall with notice and an opportunity to request that the time for filing the Notice of Appeal in his case be extended for a period not to exceed thirty (30) days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect.

In accord with the Order of the Appellate Commissioner, notice is hereby given to Defendant/Appellant Larry Goodall that he shall, not later than **December 28, 2011** within which to file a motion demonstrating excusable neglect which would warrant extending the period for filing a notice of appeal for a period of up to thirty (30) days.

///

A copy of this Order shall be served by the Clerk of Court on Defendant/Appellant Goodall's counsel, Osvaldo E. Fumo, Esq., and on Defendant Goodall at his last known address.

DATED: December 7, 2011.

_____
PHILIP M. PRO
United States District Judge