UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>LARRY GOODALL,<br><br>    Defendant. | 2:10-CR-00401-PMP-PAL<br><br><br>ORDER |

IT IS ORDERED that Defendant Larry Goodall's Application for Certificate of Appealability is hereby DENIED.

DATED: June 24, 2013

_____
PHILIP M. PRO
United States District Judge