UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00401-PMP-PAL |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| LARRY GOODALL, ) | |
| Defendant. ) | |

Having read and considered Defendant/Petitioner Goodall's Motion for Relief Pursuant to 28 U.S.C. § 2255(f)(3) & (4) (Doc. #81) filed June 6, 2014, and the Government's Response in Opposition thereto (Doc. #83) filed July 11, 2014, and finding that for the reasons set forth in the Government's Opposition, Goodall's petition must be construed as a successive section § 2255 Petition which has not been authorized by the United States Court of Appeals for the Ninth Circuit, this Court is without authority to consider the instant petition and it must therefore be denied.

**IT IS SO ORDERED**.

DATED: July 28, 2014.

PHILIP M. PRO
United States District Judge